## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STATIC CONTROL COMPONENTS, INC., )
)
        Plaintiff, )
)
        v. )
)
INTERSOLUTION VENTURES LTD.; DAVID )
ABRAHAM; SUMMIT LASER PRODUCTS, )
INC.; NATIONAL DATA  CENTER, INC., )
d/b/a GRAPHIC TECHNOLOGIES CORP.; )
SUMMIT TECHNOLOGIES, L.L.C., A.I. )
BUSINESS SERVICES, INC.; and LAKE )
JAMES ASSOCIATES, INC., d/b/a CHIPS )
INCORPORATED, )
)
        Defendants. )
)
        and )
)
STATIC CONTROL COMPONENTS, INC., )
)
        Plaintiff, )
)
        v. )
)
STEVEN MILLER; ROBERT RAUBER; )
PLATINUM WRENCH AUTO REPAIR, INC., )
d/b/a PLATINUM MANUFACTURING and )
PLATINUM MANUFACTURING )
INTERNATIONAL, INC., )
)
        Defendants. )

1:05CV00401

(Consolidated)

FILED
JUL 1 7 2006
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.

## O-R-D-E-R

On May 24, 2006, in accordance with 28 U.S.C. § 636(b), the

Recommendation of the United States Magistrate Judge was filed and served on

the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, the parties objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendants' motions to dismiss for lack of personal jurisdiction and improper venue pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) [Docket Nos. 39, 47] be **DENIED** and that Defendants' alternate motions to transfer venue to the Middle District of Florida pursuant to 28 U.S.C. § 1404(a) [Docket Nos. 39, 47] be **GRANTED**. The Clerk is DIRECTED to effect the transfer forthwith.

UNITED STATES DISTRICT JUDGE

DATE: July 17, 2006

2